IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TATENDA NYANHONGO, on behalf of herself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CREDIT COLLECTION SERVICES,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 20-6380 |

# ORDER

**AND NOW**, this 20th day of April 2021, upon consideration of Defendant's Motion to Dismiss (ECF 5), Plaintiff's Response (ECF 7) and Defendant's Reply (ECF 8), it is hereby **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.